UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-713-MWF(ASx)**                                    Dated: **August 18, 2021**

Title:      Susan Gaetano et al v. Princess Cruise Lines, LTD

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

   In light of the Notice of Settlement [21] filed August 9, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for October 18, 2021 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

   IT IS SO ORDERED.

MINUTES FORM 90                                         Initials of Deputy Clerk    rs
CIVIL - GEN

-1-